B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
Eastern District of New York

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor -- If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Charles Zizi | Charles Hans Zizi, Hans Charles Zizi and Charles A. Zizi |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): **Unk**

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 668 Lakeside Drive<br>Baldwin, NY 11510 | 315 Flatbush Avenue Ste 424<br>Brooklyn, NY |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Kings County<br>ZIP CODE **11217** | ZIP CODE **11217** |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**220 Greene Avenue and 850 Greene Avenue, Brooklyn, NY**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

✓ Chapter 7    ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
✓ Debts are primarily business debts

**Type of Debtor** (Form of Organization)

✓ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
✓ Other

### VENUE

✓ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

✓ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ✓ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor __Charles Zizi__

Case No. _____

## TRANSFER OF CLAIM

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_

Signature of Petitioner or Representative (State title)

Name of Petitioner: Randall Funding LLC.
Date Signed: 10/28/2016

Name & Mailing Address of Individual Signing in Representative Capacity:
Lorenzo DeLuca
269 Forest Avenue
Staten Island, NY 10301

x _[signature]_

Signature of Attorney    Date

Craig Stuart Ianza

Name of Attorney Firm (If any):
26 Court Street Suite 1200, Brooklyn NY 11242

Address
(646) 409-6529

Telephone No.

---

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Randall Funding LLC | Judgment | 28,083.98 |
| | | |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

____ continuation sheets attached

## ASSIGNMENT OF JUDGMENT

THIS ASSIGNMENT OF JUDGMENT (this "Assignment"), is made this 7th day of September, 2016 by and between Dominque Milord ("Assignor"), residing at 170 East 4th Street, Brooklyn, NY 11218 and Randall Funding LLC a New York Limited Liability with offices at 114 East 13th Street, Front 1, New York, New York 10003("Assignee").

KNOW ALL MEN BY THESE PRESENTS, that in consideration of the sum of Ten Dollars ($10.00) lawful money of the United States and other good and valuable consideration, to it in hand paid at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, Assignor has granted, bargained, sold, assigned, transferred and set over without recourse, and by these presents does grant, bargain, sell, assign, transfer and set over unto Assignee without recourse: all claims of Assignor pursuant to that certain judgment in the Civil Court of the City of New York County of Kings, Index No CV82701/10 in which Assignor has obtained a judgment against Charles Zizi, ("Zizi") 220 Greene Avenue, Brooklyn, New York, in the original amount of $28,083.98 docketed in the Office of the Kings County Clerk on April 11, 2011 (the "**Judgment**") including all of Assignor's rights to collect and/or to receive payment of principal, and any interest, penalties and fees, which may be paid with respect to or in satisfaction of the Judgment, including, without limitation, all cash, securities, instruments and other property which may be paid or issued by any party with respect to or in satisfaction of the Judgment.

Assignor warrants and represents that no part of the said judgment has been collected and that it continues to secure valid unpaid amounts due from the Zizi. There are no liens, claims or encumbrances against the said judgment.

Witness: _____

Assignor: _____
Dominque Milord

### ACKNOWLEDGEMENT

State of New York )
County of Nassau ) ss.:

On the 13th day of September in the year 2016 before me, the undersigned, a Notary Public in and for said State, personally appeared, Dominique Milord, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Megan E. Reid
Notary Public

MEGAN E. REID
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RE6207820
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES JUNE 15, 2017

```
         USER:  CBUTLER   COUNTY CLERKS OFFICE   KINGS            DATE:   09/15/2016
         TERM:  S135      JUDGMENT DOCKET AND LIEN BOOK SYSTEM    TIME:   16:23:21
                                  REMARKS UPDATE                  LAST PAGE: 0001
BOOK TYPE: 01                    ** UPDATED **         CONTROL NUMBER: 002860700 - 01

   DATE                                    REMARKS
09152016 JUDGMENT HAS BEEN ASSIGNED TO RANDALL FUNDING LLC A NEW YORK LIMITED
09152016 LIABILITY WITH OFFICES AT 114 EAST 13TH ST FRONT1 NY NY10003 ASSIGNEE
```

PRESS:PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, ENTER- APPLY UPDATES

```
USER:  CBUTLER    COUNTY CLERKS OFFICE  KINGS           DATE: 09/15/2016
TERM:  S135        JUDGMENT DOCKET BOOK UPDATE          TIME: 16:24:05
              CONTROL NUMBER : 002860700 - 01   *** UPDATED ***

         *** DOCKETING DATA ***      *** SOURCE DOCUMENT ***
 DOCKETING DATE:   04 / 22 / 2011         TYPE: TJ   TRANSCRIPT OF JUDGME
           TIME:   09 : 00                COUNTY: 24   KINGS
 EFFECTIVE DATE :  04 / 11 / 2011         COURT: C    CIVIL COURT
           TIME:   12 : 49                TOTAL DEBTORS: 01
 CLERK/SEQ #   :   CGRIFFIN  022     INDEX NUMBER: CV82701/10
                    *** DEBTOR/CORPORATION ***
   NAME   FORMAT I  : ZIZI,CHARLES HANS
     ADDRESS  NUMBER: 220      STREET: GREEN AVENUE
              CITY : BK NY                ZIP CODE:  11238
     OCCUPATION    :
                         *** CREDITOR ***
   NAME   FORMAT C  : DOMINIQUE MILORD
     ADDRESS  NUMBER: 170      STREET: EAST 4TH ST
              CITY : BK NY                ZIP CODE:  11218

              AMOUNT:         $28083.98
  INTERIM DISPOSITION:
 ENTER CONTROL NUMBER FOR NEXT UPDATE
 PRESS: PF1- HELP, PF2- CANCEL UPDATE, PF8- 2ND PAGE DATA, ENTER- UPDATE RECORD
```

*** DOCKETING DATA ***      *** SOURCE DOCUMENT ***