| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Eastern District of New York |
| Case number (If known): 1-16-44872-ess    Chapter 7 |

☑ Check if this is an amended filing

## Official Form 105
# Involuntary Petition Against an Individual                                           12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☑ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's full name**

Charles
First name

_____
Middle name

Zizi
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Charles Hans Zizi
Hans Charles Zizi
Charles A. Zizi

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☑ Unknown

xxx – xx – ___ ___ ___ ___         OR       9 xx – xx – ___ ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☐ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

Debtor  **Charles Zizi**   Case number (if known) **1-16-44872-ess**

### 6. Debtor's address

**Principal residence**

668 Lakeside Dravie
Number    Street

Baldwin            NY    11510
City               State  ZIP Code

County

**Principal place of business**

220 Greene Ave. & 850 Greene Ave.
Number    Street

Brooklyn           NY
City               State  ZIP Code

Kings
County

**Mailing address, if different from residence**

315 Flatbush Avenue
Number    Street

Suite 424

Brooklyn           NY    11217
City               State  ZIP Code

### 7. Type of business

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

### 8. Type of debt

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

### 9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?

☑ No
☐ Yes. Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

Debtor  Charles Zizi _____    Case number (if known) 1-16-44872-ess

## Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Randall Funding LLC** | **Judgment** | $ 28,083.98 |
| | | $ |
| | | $ |
| | Total | $ 28,083.98 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor  Charles Zizi                                   Case number (if known) 1-16-44872-ess

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _____
Signature of petitioner or representative, including representative's title

Randall Funding LLC
Printed name of petitioner

ORIGINAL
Date signed  10 / 28 / 2016
             MM / DD / YYYY

**Mailing address of petitioner**

Lorenzo DeLuca 269 Forest Avenue
Number   Street

Staten Island          NY      10301
City                   State   ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____
Email          _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City          State          ZIP Code

**Attorneys**

X _____
Signature of attorney

Craig Stuart Lanza, Esq.
Printed name

_____
Firm name, if any

26 Court Street, Suite 1200
Number   Street

Brooklyn              NY      11242
City                  State   ZIP Code

Date signed  11 / 2 / 2016
             MM / DD / YYYY

Contact phone _____  Email cslanza@gmail.com

Official Form 105              Involuntary Petition Against an Individual              page 4

## ASSIGNMENT OF JUDGMENT

THIS ASSIGNMENT OF JUDGMENT (this "Assignment"), is made this 7th day of September, 2016 by and between Dominque Milord ("Assignor"), residing at 170 East 4th Street, Brooklyn, NY 11218 and Randall Funding LLC a New York Limited Liability with offices at 114 East 13th Street, Front 1, New York, New York 10003("Assignee").

KNOW ALL MEN BY THESE PRESENTS, that in consideration of the sum of Ten Dollars ($10.00) lawful money of the United States and other good and valuable consideration, to it in hand paid at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, Assignor has granted, bargained, sold, assigned, transferred and set over without recourse, and by these presents does grant, bargain, sell, assign, transfer and set over unto Assignee without recourse: all claims of Assignor pursuant to that certain judgment in the Civil Court of the City of New York County of Kings, Index No CV82701/10 in which Assignor has obtained a judgment against Charles Zizi, ("Zizi") 220 Greene Avenue, Brooklyn, New York, in the original amount of $28,083.98 docketed in the Office of the Kings County Clerk on April 11, 2011 (the "**Judgment**") including all of Assignor's rights to collect and/or to receive payment of principal, and any interest, penalties and fees, which may be paid with respect to or in satisfaction of the Judgment, including, without limitation, all cash, securities, instruments and other property which may be paid or issued by any party with respect to or in satisfaction of the Judgment.

Assignor warrants and represents that no part of the said judgment has been collected and that it continues to secure valid unpaid amounts due from the Zizi. There are no liens, claims or encumbrances against the said judgment.

Witness: _____

Assignor: _____
Dominque Milord

### ACKNOWLEDGEMENT

State of New York )
County of Nassau ) ss.:

On the 13th day of September in the year 2016 before me, the undersigned, a Notary Public in and for said State, personally appeared, Dominique Milord, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Megan E. Reid
Notary Public

MEGAN E. REID
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RE6207820
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES JUNE 15, 2017

```
USER:  CBUTLER   COUNTY CLERKS OFFICE  KINGS              DATE:  09/15/2016
TERM:  S135         JUDGMENT DOCKET AND LIEN BOOK SYSTEM  TIME:  16:23:21
                          REMARKS UPDATE                  LAST PAGE: 0001
BOOK TYPE: 01             ** UPDATED **      CONTROL NUMBER: 002860700 - 01

DATE                                  REMARKS
09152016 JUDGMENT HAS BEEN ASSIGNED TO RANDALL FUNDING LLC A NEW YORK LIMITED
09152016 LIABILITY WITH OFFICES AT 114 EAST 13TH ST FRONT1 NY NY10003 ASSIGNEE
```

PRESS:PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, ENTER- APPLY UPDATES

```
USER:  CBUTLER   COUNTY CLERKS OFFICE  KINGS              DATE: 09/15/2016
TERM:  S135         JUDGMENT DOCKET BOOK UPDATE           TIME: 16:24:05
              CONTROL NUMBER : 002860700 - 01    *** UPDATED ***

         *** DOCKETING DATA ***        *** SOURCE DOCUMENT ***
    DOCKETING DATE:  04 / 22 / 2011       TYPE: TJ    TRANSCRIPT OF JUDGME
              TIME:  09 : 00              COUNTY: 24  KINGS
    EFFECTIVE DATE:  04 / 11 / 2011       COURT: C    CIVIL COURT
              TIME:  12 : 49           TOTAL DEBTORS: 01
    CLERK/SEQ #   :  CGRIFFIN  022     INDEX NUMBER: CV82701/10
                   *** DEBTOR/CORPORATION ***
    NAME    FORMAT I   : ZIZI,CHARLES HANS
       ADDRESS   NUMBER: 220       STREET: GREEN AVENUE
                 CITY  : BK NY                 ZIP CODE:  11238
       OCCUPATION      :
                         *** CREDITOR ***
    NAME    FORMAT C   : DOMINIQUE MILORD
       ADDRESS   NUMBER: 170       STREET: EAST 4TH ST
                 CITY  : BK NY                 ZIP CODE:  11218

              AMOUNT:         $28083.98
    INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT UPDATE
PRESS: PF1- HELP, PF2- CANCEL UPDATE, PF8- 2ND PAGE DATA, ENTER- UPDATE RECORD
```