UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              Chapter 7 (Involuntary)

CHARLES ZIZI,                                       Case No.: 16-44872 (ESS)

                       Debtor.
------------------------------------------------------------X

### Affirmation in Support of Joinder

I, ~~Joseph Kennedy~~ JOHN J. SHEERIN, of full age, hereby affirm and say as follows:

1. I am the duly authorized agent of Petro, Inc. ("Petro"), a prepetition creditor of the above captioned debtor, Charles Zizi ("Zizi"). Petro maintains its principal place of business at 520 Broadhollow Road 1000 Woodbury Road, Suite 110 Woodbury, NY 11797.

2. I am authorized to make this Affirmation on behalf of Petro in support of its Joinder to the Zizi involuntary petition (the "Petition"). ~~FCF~~ Petro is eligible to join commencement of this involuntary proceeding against Zizi pursuant to 11 U.S.C. § 303(c).

3. Prior to October 28, 2016 (the "Petition Date"), Zizi was indebted to Petro in the amount of $6123.74 plus interest from February 16, 2008 as a result of a judgment against Zizi in an action entitled <u>Petro Inc. v Charles Zizi</u> brought in the Civil Court of the City of New York, Kings County, Index No. CV-152380-07K entered February 16, 2008 in the original amount of $4,316.16 and a judgment in an action entitled Petro Inc. v. Charles Zizi brought in the Civil Court of the City of New York, New York County, Index No CV-070382-07NY entered on August 5, 2008 in the original amount of $1,677.56. The nature and amount of Zizi's debt to Petro comports with the requirements of 11 U.S.C. § 303(b). Accordingly, Petro is authorized to join the Petition against Zizi on account of its claims.

I declare under penalty of perjury that the foregoing is true and correct to best of my knowledge, information and belief.

By: _____

Dated: January 11, 2017

Scanned by CamScanner