UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

    CHARLES ZIZI,                                        Chapter 7 (Involuntary)

                                                                         Case No. 16-44872 (ESS)

                          Debtor.

--------------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND SERVICE**

      PLEASE TAKE NOTICE that Robert J. Kaplan, whose street address, telephone number and designated email address are set forth below, appears in this case as attorney of record (lead counsel) for the following persons, who are creditors of the above-named Debtor:

      **MICHAEL KANDHOROV**

      **GREEN GROUP 11 LLC**

      **NEW YORK EQUITY MANAGEMENT LLC**

      These creditors are not joining in the petition that commenced this involuntary case, but they are parties in interest who are entitled to notice, including, without limitation, notice pursuant to 11 U.S.C. §303(j).

      The following are the street address, telephone number and designated email address of Robert J. Kaplan:

**Robert J. Kaplan**
**80 Maiden Lane**
**Suite 1502**
**New York, NY 10038**
**(212) 964-0600**
lawkap@aol.com

      Pursuant to Rule 2002, request is made for notices and for service of all papers.

Dated: July 21, 2017

1

Yours, etc.

*/s/ Robert J. Kaplan*
_____

Robert J. Kaplan
Attorney for Creditors
   MICHAEL KANDHOROV,
   GREEN GROUP 11 LLC, and
   NEW YORK EQUITY MANAGEMENT LLC
80 Maiden Lane
Suite 1502
New York, NY 10038
(212) 964-0600
*lawkap@aol.com*