## AMENDED CREDITORS' LIST PURSUANT TO RULE 1003(b)

| Creditor | Address | Amount Owed | Nature of Claim |
|---|---|---|---|
| Internal Revenue Service | 2 MetroTech Center, Brooklyn, NY 11201 | $300,000 | Taxes |
| New York State Dep't of Taxation | NYS Dep't of Taxation and Finance ATTN: Office of Counsel Building 9 W A Harriman Campus Albany NY 12227 | $119,000 | Taxes |
| Florida Corporate Funding, Inc. | 1700 NW 2nd Ave Boca Raton FL 33432 | $1,800,000 | Judgment Creditor |
| Randall Funding LLC (assigned from Dominique Milord) | 170 East 4th Street Brooklyn, NY 11218 | $28,083 | Judgment Creditor |
| Marie Pereira | 1 Swale Road Franklin Square, NY 11010 | $100,000 | Personal Debt |
| Reginald Beauvais | 75 Spruce Street Cedarhurst, NY | $56,000 | Alleged Business Debt |
| NY1 Equity | 1202 Halsey Street Brooklyn, NY 11207 | $200,000 | Business Debt |
| Petro | 520 Broadhollow Road Melville NY 11747 | $4,356.16 | Business Debt |
| New York Methodist Hospital | 506 6th Street Brooklyn, NY 11215 | $1,321.05 | Medical Bill |
| Countrywide Home Loans | 4500 Park Granada Calabasas CA 91302 | $1,000,000 | Mortgage |
| Bank of America | Mail Stop TX2-979-01-19 4500 Amon Carter Fort Worth, TX 76155 | $260,000 | Mortgage |
| LaSalle Bank | 135 S. LaSalle Street Chicago, IL 60603 | $479,000 | Mortgage |
| Santander Bank | P.O. BOX 961245 Fort Worth, TX 76161 | $19,000 | Car Loan |
| NYC Environmental Control Board | 100 Gold Street New York, NY 10038 | $37,693 | Environmental Liability |
| Avi Tarshish | 914 Bedford Ave. Brooklyn, NY 11205 | $50,000 | Business Debt |
| Navient | P.O. Box 9500 Wilkes-Barre, PA 18773-9500 | $163,000 | Student Loans |
| Broward Health Medical Center | 1600 S. Andrews Ave. Fort Lauderdale, FL 33316 | $2,500 | Medical Bill |
| Bank of America | 4909 Savarese Circile FL1-908-01-47 Tampa, FL 33634 | $6,313 | Credit Card Bill |
| Bank of America | 4909 Savarese Circile FL1-908-01-47 Tampa, FL 33634 | $6,2000 | Credit Card Bill |
| ARS Account Resolution | 1801 NW 66th Ave., Suite 200 | $874 | Medical Bill |

| Creditor | Address | Amount Owed | Nature of Claim |
|---|---|---|---|
| Santander Bank | Fort Lauderdale, FL 33313 P.O. Box 861245 Fort Worth, TX 76161 | $11,500 | Former Car Loan |
| Murteza Bauta | 1628 Shore Blvd. Brooklyn, NY 11235 | $100,000 | Joint Venture |